In the Matter of the Estate of FREDERICK W. STIEFEL, Deceased. MARIE STIEFEL, Appellant; EVELYN M. EBERHARDT, Respondent.

Submitted May 17, 1948; decided May 21, 1948.

*Fred M. Ahern, Fred M. Ahern, Jr.,* and *Mabel Arcuri* for motion.

*George Kaufman* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements unless, within fifteen days, all papers required by rule 21 (subd. [b]) of the Rules of the Court of Appeals are filed.